# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA CORNETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT BRANDS, INC., a Delaware corporation and BOOKSPAN, a Delaware general partnership,<br><br>Defendants. | Case No. 3:11-cv-1745-L-NLS<br><br>**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) AND STIPULATION** |

Plaintiff Martha Cornett, in accordance with a stipulation executed by the parties on October 13, 2011, hereby dismisses this action in its entirety, pursuant to Fed. R. Civ. P. 41(A)(1), with prejudice and without costs.

Respectfully submitted,

EDELSON MCGUIRE LLP

By: /s/ Sean P. Reis
Sean P. Reis (SBN 184044)
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

NOTICE OF DISMISSAL PURSUANT TO
STIPULATION AND FED. R. CIV. P. 41(A)(1)

### **CERTIFICATE OF SERVICE**

I, Sean P. Reis, an attorney, hereby certify that on October 14, 2011, I served the above and foregoing ***Notice of Dismissal Pursuant to Fed. R. Civ. P. 41(A)(1) and Stipulation***, by causing true and accurate copies of such paper to be sent to the person shown below via electronic mail.

Mr. Jeffrey S. Jacobson
Debevoise & Plimpton LLP
919 Third Avenue
New York, New York 10022
jsjacobson@debevoise.com

/s/  Sean P. Reis

CERTIFICATE OF SERVICE

2